

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 30, 2020

**By ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
The extension requested below is
approved.  The Clerk of the Court shall
mail a copy of this order to Mr. Cuff.
SO ORDERED.

Dated:    October 30, 2020
          New York, New York
```

*[signature: Loretta A. Preska]*
LORETTA A. PRESKA, U.S.D.J.

Re:   *United States v. John Cuff*, 96 Cr. 515 (LAP)

Dear Judge Preska:

    The Government respectfully writes to request an extension of time in which to file its opposition to defendant John Cuff's pending *pro se habeas* petition.  This is the Government's first such request.

    On September 4, 2020, the Government wrote the Court to propose a briefing schedule for the successive *habeas* petitions the Second Circuit recently had granted leave for Cuff and two co-defendants to file.  The Government proposed that Cuff's motion be due in eight weeks, with four weeks for the Government to file its response.  On September 8, 2020, the Court endorsed the Government's proposed schedule.

    On October 5, 2020,[1] Cuff filed a *pro se* brief in support of his motion to vacate.  The Government respectfully requests that the Court extend the deadline for the Government's brief, from November 2, 2020 (four weeks from Cuff's filing date) to November 13, 2020.[2]  Because the defendant is proceeding *pro se*, the Government has not sought his position on this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: *[signature]*
    Stephanie Lake
    Assistant United States Attorney
    212-637-1066

Cc:   John Cuff (by mail)

---

[1] The motion was received on October 5, 2020, but docketed on ECF on October 6, 2020.
[2] The Government's opposition to co-defendant Raymond Jackson's *habeas* petition is also due on November 13, 2020, per the Court's October 7, 2020 order.  (Dkt. 682.)