UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -against-

JOHN CUFF,

              Defendant.

No. 96-CR-515 (LAP)

No. 20-CV-8306 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The Court has already ordered that it will appoint counsel to represent Mr. Cuff in connection with his 28 U.S.C. § 2255 petition.  (See dkt. no. 4 in 20-CV-8306).  Accordingly, the briefing schedule previously approved by the Court is withdrawn, and, after counsel is appointed for Mr. Cuff, the parties shall confer and inform the Court by letter of the new proposed briefing schedule.  The Clerk of the Court shall mail a copy of this order to Mr. Cuff.

**SO ORDERED.**

Dated:  October 30, 2020
       New York, New York

                                 */s/ Loretta A. Preska*
                                 LORETTA A. PRESKA, U.S.D.J.