**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
       -against-                    :      **ORDER**
                                    :
                                    :      96 CR 515-02 (LAP)
                                    :
                                    :      20 CV 8306 (LAP)
John Cuff                           :      Docket #
------------------------------------x

__Loretta A. Preska__, **DISTRICT JUDGE**:
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, __Marc Greenwald__ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC __11/4/2020__.

             **SO ORDERED**.

             _Loretta A. Preska_
             **UNITED STATES DISTRICT JUDGE**

**Dated:  New York, New York**
         11/6/20