**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7140

WRITER'S EMAIL ADDRESS
marcgreenwald@quinnemanuel.com

December 23, 2020

> The extension requested below is approved.
>
> **SO ORDERED.**
>
> Dated:    December 23, 2020
>           New York, New York
>
> *[signature]*
> LORETTA A. PRESKA, U.S.D.J.

**By ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10017

Re:   <u>United States v. John Cuff</u>, 96 Cr. 515 (LAP)

Dear Judge Preska:

We are CJA counsel to the defendant and write respectfully to seek an extension of the time for defendant to submit his brief until January 29.  The Government has consented to this request and this is the first adjournment sought of the previously set due dates [Dkt. 689].

We seek this adjournment as we review the record of the various pro se post-conviction applications filed by the defendant in the past, as well as the record in his 30 year old conviction. We have spoken to the defendant and he seeks this extension to make sure we, as his first new counsel in over 25 years, are fully apprised of the record.

We have conferred with the Government and they consent to this extension, and seek until March 1 to file their opposition brief. Therefore, we respectfully request the Court enter this new schedule for briefing on Mr. Cuff's 2255 motion:

    Defense Brief: January 29, 2021
    Government Opposition: March 1, 2021
    Defense Reply: March 26, 2021

Respectfully submitted

*[signature]*

Marc L. Greenwald

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

2

Cc: Stephanie Lake, Assistant United States Attorney (by ECF)