**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7140

WRITER'S EMAIL ADDRESS
marcgreenwald@quinnemanuel.com

March 22, 2020

**By ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10017

Re:   *United States v. John Cuff*, 96 Cr. 515 (LAP)

Dear Judge Preska:

I write respectfully to request a two-page enlargement of the defendant's reply memorandum of law in support of his motion to vacate his convictions and sentence pursuant to 28 U.S.C. § 2255, due on March 26, 2021. The defendant seeks this extension because the issues on this motion are complex and the defendant is replying to a government opposition brief 30 pages in length. The Government consents to this request for a 12-page reply brief.

Respectfully submitted

Marc L. Greenwald

cc: Sarah L. Kushner, Assistant United States Attorney (by ECF)

```
The underlined request above
is approved.

SO ORDERED.

Dated:    March 23, 2021
          New York, New York
```

_/s/ Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART