UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 96-CR-515 (LAP) |
| -against- | No. 16-CV-5119 (LAP) |
| JOHN CUFF, | No. 20-CV-8306 (LAP) |
| Defendant. | ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant John Cuff's letter supplementing his § 2255 petition. (See dkt. no. 711.) The Government shall respond to the supplemental filing no later than June 2, 2021. Mr. Cuff may reply no later than June 23, 2021. The Clerk of the Court shall mail a copy of this order to Mr. Cuff.

**SO ORDERED.**

Dated:   May 5, 2021
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1