

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 28, 2022

**BY ECF**
The Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

So Ordered.

Dated: October 28, 2022
New York, New York

Part 1 Judge

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:** *United States v. John Cuff*, Nos. 96 Cr. 515 (LAP), 16 Civ. 5119 (LAP)

Dear Judge Preska:

      The Court has ordered the Government to respond by October 31, 2022, to defense counsel's June 18, 2021 letter, and to address "any other intervening authorities that may bear on the issues before the Court." (Dkt. No. 742.) Given the relevant cases that have been issued since the parties fully briefed Cuff's pending second or successive 2255 motion, the Government respectfully requests permission to file a letter that may, single-spaced, exceed 10 pages.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: _____
      Sarah L. Kushner
      Assistant United States Attorney
      (212) 637-2676

cc:    Marc Greenwald, Esq. (by ECF)