RECEIVED
SDNY PRO SE OFFICE
2023 JAN 23 PM 3:07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Cuff,
  Movant,

v.                                               Case No.: 96-cr-515 (LAP)
                                                 Case No.: 16-civ-5119 (LAP)

United States of America,
  Respondent.
_____/

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE GOVERNMENT'S RESPONSE THAT MOVANT DID NOT RECEIVE UNTIL JANUARY OF 2023, EVEN THOUGH THE GOVERNMENT'S RESPONSE IS DATED OCTOBER 31, 2022, REGARDING MOVANT'S TITLE 28 U.S.C. § 2255 MOTION

    **COMES NOW,** Movant files this Motion for an Extension of Time, pro-se. Movant is a layman of the law, is unskilled in the law, and therefore requests that this Motion for an Extension of Time will be construed liberally. **Haines v. Kerner**, 404 U.S. 519, 520 (1972).

    Movant states the following reasons for why he is requesting a time extension to respond to the Government's Response:

(1) Movant did not receive the Government's Response dated October 31, 2022, until early January of 2023. Why was there such a long delay in the Movant receiving the Government's Response from the Government? The Movant does not know why it took so long for him to receive such a response in January of 2023, when the Government's Response is dated for October 31, 2022.

(2) Movant hopes and prays that he will be <u>granted a 60-day Time Extension to respond to the Government's Response,</u> dated October 31, 2022.

SO ORDERED.

**CONCLUSION**

*Loretta A. Preska*
1/24/23

Movant hopes and prays for a 60-day Time Extension of time to respond to the Government's Response, based on all of the reasons stated above.

Respectfully,

John Cuff #39012-054

Date: 1/13/23

2

## CERTIFICATE OF SERVICE

    I, John Cuff, duly swear under the penalty of perjury that I sent a true and correct copy of this Motion for an Extension of Time to the Clerk of Court for the Southern District of New York (New York Division), and to the U.S. Attorney's Office for the Southern District of New York. 28 U.S.C. § 1746.

Respectfully,

*[signature]*
John Cuff #39012-054
FCC Coleman USP-1
P.O. Box 1033
Coleman, Florida 33521-1033

Date: 1/13/23

Mail Box Rule
**Lack v. Houston**, 487 U.S. 266 (1988)

28 U.S.C. § 1746

DONALD GREEN, #39747-019, UNIT A-1
FEDERAL CORRECTIONAL COMPLEX COLEMAN MEDIUM
P.O. BOX 1032
COLEMAN, FLORIDA 33521-1032

THE HONORABLE LORETTA A. PRESKA
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312